1  Eric S. Pezold, Bar No. 255657
   epezold@swlaw.com
2  Lyndsey A. Torp, Bar No. 261734
   ltorp@swlaw.com
3  Andrew B. Still, Bar No. 312444
   astill@swlaw.com
4  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
5  Costa Mesa, California  92626-7689
   Telephone:    714.427.7000
6  Facsimile:    714.427.7799

7  Attorneys for Defendant
   PS Funding, Inc.
8

9                  UNITED STATES DISTRICT COURT

10      EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

12  VERONICA FAUBION, an individual; and      Case No. 2:20-cv-01463-JAM-CKD
    BRANDON HINTZ, an individual,
13                                            **Order Granting Stipulation Regarding
                                              Defendant PS Funding, Inc.'s Deadline to
14            Plaintiffs,                     Respond to Plaintiffs' First Amended
                                              Complaint**
15      v.
                                              **[Local Rule 144]**
16  FCI LENDER SERVICES, INC., a California
    Corporation; PS FUNDING, INC., a Delaware
17  Corporation; and DOES 1 through 10 inclusive,

18            Defendants.

19

20                                            Date Action Filed:  July 21, 2020

21

22        Pursuant to the parties' Stipulation Regarding Defendant PS Funding, Inc.'s Deadline to

23  Respond to Plaintiffs' First Amended Complaint (Dkt. 18), the Court hereby **ORDERS** that

24  Defendant PS Funding, Inc.'s deadline to respond to the First Amended Complaint is November 5,

25  2020.

26  **IT IS SO ORDERED.**

27  DATED:  October 22, 2020          /s/ John A. Mendez

28                                    THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

4834-4607-6111